1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | CASE NO. 8:21-cv-00689-DOC-DFM |
| DAVID MINER, | **MAGISTRATE MATTER** |
| Plaintiff, | Assigned to Magistrate: Hon. Douglas F. McCormick – Ctrm 6B |
| vs. | **ORDER APPROVING JOINT STIPULATION FOR PROTECTIVE ORDER** |
| COUNTY OF ORANGE, et al., | Dept: 6B (Santa Ana) |
| Defendants. | Action Filed: April 13, 2021<br>SAC Filed: December 30, 2021<br>Trial Date: April 12, 2022 |

**FOR GOOD CAUSE APPEARING, JOINT STIPULATION FOR PROTECTIVE ORDER FILED FEBRUARY 2, 2022, IS APPROVED AND IS THE ORDER OF THIS COURT.**

**IT IS SO ORDERED.**

**Dated:  February 3, 2022**

Hon. Douglas F. McCormick
United States Magistrate Judge
Central District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28